DEAR CLERK OF COURT                                    10-15-08

ON 10-14-08 I SENT OUT MY FEDERAL 1983 TO YOU. HOWEVER, AFTER REVIEWING MY COPY I RELIZE I DID NOT FEEL OUT VII ON PAGE 7. I AM SENDING THE COMPLETED PAGE. IF THE COURT WANTS ME TO REWRITE THE COMPLETE 1983 PLEASE LET ME KNOW.

I APOLOGIZE. THIS IS ALL NEW TO ME AND I HAVE NO ATTORNEY. THANK YOU FOR YOUR TIME.

                                    Kenneth Raulerson

PROVIDED TO OKALOOSA CI
ON 10-16-08    2106hrs
FOR MAILING
K.R

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1. FOURTH ADMENDMENT: EXCESSIVE FORCE WAS USED WHEN OFFICERS HANDCUFFED PLAINTIFF AND THEN COMMANDED ATTACK DOG TO MAUL PLAINTIFF.

2. EIGTH ADMENDMENT: CRUEL AND UNUSUAL PUNNISHMENT DEFENDANTS/OFFICERS SUBJECTED THE PLAINTIFF TO CRUEL AND UNUSUAL PUNISHMENT WHEN THEY COMMANDED THE ATTACK DOG TO MAUL PLAINTIFF AFTER HANDCUFFED FOR ENTERTAINMENT PURPOSES only.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

PLAINTIFF SUES "EACH" DEFENDANT FOR 100,000 DOLLARS EACH. THE JURISDICTIONAL LIMIT FOR EACH DEFENDANT.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

10-14-08
(Date)

Kenneth Raulerson
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 14 day of OCTOBER, 20 08.

Kenneth Raulerson
(Signature of Plaintiff)

Revised 03/07

7





MAILED FROM
STATE CORRECTIONAL
INSTITUTION

KENNETH RAULERSON 118254 D-2101-U
OKALOOSA CORRECTIONAL INSTITUTION
3189 LITTLE SILVER Rd
CRESTVIEW FL 32539

"LEGAL MAIL"

CLERK of the US DISTRICT COURT
401 S.E. FIRST AVENUE
Room 243
GAINESVILLE FL
32601-6895