**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**KENNETH RAULERSON,**
    **Plaintiff,**

**vs.**                                                              **CASE NO. 1:08cv222-MP/AK**

**ALEX P. BAILY, et al,**

    **Defendants.**

_____/

**O R D E R**

Plaintiff, an inmate proceeding *pro se*, has filed a second amended complaint. (Doc. 14).  The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims.  It cannot be said upon this review of the amended complaint that Plaintiff has failed to state a claim upon which relief may be granted.  Thus, service of the amended complaint should be directed.

At this point, Plaintiff must submit service copies of the amended complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the amended complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff.  As Plaintiff has named five  (5) Defendants in this action, Plaintiff must provide the Court with five

additional copies of the amended complaint that are identical to the amended complaint, doc. 14, filed with the Court.  After the named defendants have been served, discovery may be conducted so that Plaintiff can learn the other names of the Doe Defendants (four of them) for service upon them as well.

Accordingly, it is

**ORDERED**:

1.  Plaintiff shall have until April 2, 2009, to provide the Court with five (5) identical copies of his amended complaint for service on the Defendants.

2.  **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this  **20**th  day of March, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 1:08cv222-MP/AK