**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**KENNETH SCOTT RAULERSON,**

**Plaintiff,**

**vs.** **CASE NO. 1:08CV222-MP/AK**

**ALEX BAILY, et al,**

**Defendants.**

**_____________________________/**

# **O R D E R**

Presently before the Court is the Motion for Extension of Time to Enter Notice of Appearance filed by the United States Attorneys Office, wherein the AUSA requests ninety days to assess the request for representation made by the United States Marshals on June 24, 2009. (Doc. 42). While it is important that a notice of appearance be entered, an answer is past due on behalf of the United States Marshals as well. The court will construe the motion as an extension of time to respond to the complaint as well, and hereby suspends the deadlines imposed by the Case Management Order (doc. 40) to allow all the parties to answer.

Accordingly, it is

**ORDERED:**

The Motion for Extension of Time (doc. 42) is **GRANTED**, and Defendants Blount and Alred shall be granted ninety days to file a notice of appearance and to respond to the complaint.

**DONE AND ORDERED** this **2nd** day of July, 2009.

***s/ A. KORNBLUM***
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**