**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**KENNETH RAULERSON,**

      **Plaintiff,**

**vs.**                                                                     **CASE NO. 1:08CV222-MP/AK**

**ALEX P. BAILEY, ET AL,**

      **Defendants.**

_____/

# O R D E R

Defendant Bailey has filed a Notice of Withdrawal of his previously filed Motion to

Compel (doc. 54), and the motion is therefore **DEEMED WITHDRAWN** and to require

no further action by the Court.  (Doc. 57).

      **DONE AND ORDERED** this 19th day of August, 2009.



       _s/ A Kornblum_
      **ALLAN KORNBLUM**
      **UNITED STATES MAGISTRATE JUDGE**