IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH RAULERSON,

    Plaintiff,

vs.                       CASE NO. 1:08CV222-MP/AK

ALEX P. BAILEY, ET AL,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion to Compel Defendants to Disclose Identities of Other Defendants. (Doc. 59). Defendants have responded that no discovery requesting this information has been propounded upon them. (Doc. 60). Plaintiff does not attach or otherwise include any such discovery requests either. Defendants are not required to provide this information as a matter of course, formal discovery requests must be made. Consequently, the motion (doc. 59) is **DENIED**.

**DONE AND ORDERED** this _2nd_ day of September, 2009.

                              _s/ A. KORNBLUM_
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**