IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH RAULERSON,

    Plaintiff,

vs.                                     CASE NO. 1:08CV222-MP/AK

ALEX P. BAILEY, et al,

    Defendants.

_____/

## O R D E R

The Court has received Plaintiff's Supplemental Exhibit (doc. 83), and the Notice by Defendants Alred and Blount (doc. 85), in response thereto. No action is deemed necessary by the Court to these filings. Also, no further action is necessary by any of the parties until after the Court rules on the dispositive motions that are pending.

**DONE AND ORDERED** this **19**<sup>th</sup> day of January, 2010.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**